*The Clerk of the Court is directed to close this case*

*So Ordered.*

S/ RJD

Civil Action No.: 16-CV-04238    3/2/17

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

--------------------------------------------------X

SAM LOPEZ, Individually,

Plaintiff,

-against-

SHOE STRING TONY, INC. d/b/a NITA
NITA, a New York For Profit Corporation,
and FLATIRON-WILLIAMSBURG
PROPERTY GROUP II LLC, a New York
for Profit Corporation,

Defendants.

--------------------------------------------------X

## STIPULATION OF DISMISSAL

It is hereby STIPULATED AND AGREED, by and between Plaintiff, SAM

LOPEZ, and Defendant, FLATIRON-WILLIAMSBURG PROPERTY GROUP II LLC, through

their undersigned counsel, who state that they have been authorized by the Parties to enter into

this Stipulation, and who further state that none of the parties hereto is an infant or incompetent,

that the above-captioned action is hereby dismissed in its entirety, with prejudice.  In the event

that the terms of the Settlement Agreement are not satisfied within thirty days of the filing of this

Stipulation, the Parties reserve the right to reopen the matter before this Court.

March 1, 2017
Date

By: _Tara Demetriades_
Tara Demetriades, Esq.
ADA Accessibility Associates
1076 Wolver Hollow Road
Oyster Bay, New York 11771
*ATTORNEYS FOR PLAINTIFF*

3/1/2017

Date

By:

Greg Riolo
Jackson Lewis P.C.
44 South Broadway, 14th Floor
White Plains, NY 10601
*ATTORNEYS FOR DEFENDANT*
*FLATIRON-WILLIAMSBURG PROPERTY GROUP*
*II LLC*

2